UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Jesse Najjar,

                 Debtor.

Jack Lefkowitz,

                 Plaintiff,

-against-

Jesse Najjar,

                 Defendant.

Adv. Pro. No. 06-01955-ajg

Hon. Arthur J. Gonzalez

Chapter 7

Case No. 06-10895

### NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that the undersigned will present to the Hon. Arthur J. Gonzalez the attached Stipulation of Settlement, of the above captioned Adversary Proceeding, with request that the Stipulation of Settlement be "so ordered." The document will be presented at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY on July 8, 2008 at 10:00 A.M.

Dated: July 1, 2008
      New York, NY

/s/ LANCE ROGER SPODEK
_____
Lance Roger Spodek, Esq.
Attorney for Defendant
330 West 58 St. – Suite 306
New York, NY 10019-1822
212-586-8606

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Jesse Najjar,

          Debtor.

---

Jack Lefkowitz,

          Plaintiff,

-against-

Jesse Najjar,

          Defendant.

Adv. Pro. No. 06-01955-ajg

Hon. Arthur J. Gonzalez

Chapter 7

Case No. 06-10895

### STIPULATION of SETTLEMENT

It is hereby stipulated by and between the plaintiff Jack Lefkowitz (the "Plaintiff") and defendant Jesse Najjar (the "Defendant") the parties in the above captioned Adversary Proceeding (the "Adversary Proceeding") collectively (the "Parties") and their respective attorneys that the Adversary Proceeding is settled and concluded upon the terms contained in this Stipulation of Settlement (the "Stipulation").

1. The Plaintiff withdraws, with prejudice, all objections previously raised by him in this Adversary Proceeding and elsewhere claiming that he did not receive proper notice of the commencement of the Defendant's chapter 7 case bearing docket no. 06-10895 filed in the Southern District of New York (the "Chapter 7 Case") in consideration of a payment of seventeen thousand five hundred ($17,500.00) dollars and other good and valuable consideration.

2. The Plaintiff withdraws, with prejudice, all objections previously raised by him in this Adversary Proceeding and elsewhere claiming that the debt owed to him by the Defendant was not dischargeable in the Defendant's Chapter 7 Case.

3. The Plaintiff acknowledges that the all debts owed to him by the Defendant were in fact discharged by virtue of the Defendant's Chapter 7 Case and the Discharge issued in that case.

4. That the parties agreed that the Adversary Proceeding shall be discontinued with prejudice and without cost or expense to either party.

5. That the Clerk of the Court shall close this Adversary Proceeding.

Dated:    June 24, 2008
          New York, NY


*/s/ Jack Lefkowitz*                          */s/ Jesse Najjar*
_____                       _____
Jack Lefkowitz, Plaintiff                     Jesse Najjar, Defendant


*/s/ Mark A. Frankel*                         */s/ Lance Roger Spodek*
_____                       _____
Mark A. Frankel, Esq. (MF-8417)               Lance Roger Spodek, Esq. (LS-6117)
Backenroth Frankel & Krinsky, LLP             Lance Roger Spodek, P.C.
Attorneys for Plaintiff                       Attorney for Defendant
489 Fifth Avenue                              New York, NY 10019
New York, NY 10017                            212-586-8606
212-593-1100


So Ordered:

_____
Hon. Arthur J. Gonzalez, US Bankruptcy Judge